**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-1427**

MUZHGAN I. NAZAROVA,

    Plaintiff - Appellant,

   v.

DUKE UNIVERSITY,

    Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., Chief District Judge.  (1:16-cv-00910-WO-JEP)

Submitted:  August 24, 2017         Decided:  August 28, 2017

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Muzhgan I. Nazarova, Appellant Pro Se.  Kimberly Joyce Lehman, Robert Allen Sar, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muzhgan I. Nazarova seeks to appeal the district court's order directing arbitration in her civil action, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 (2012), against Duke University. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46 (1949). The appealed order stayed the district court proceedings pending arbitration of Nazarova's claims. Consequently, the order is neither a final order nor an appealable interlocutory or collateral order. *See* 9 U.S.C. § 16(b) (2012). We therefore dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*